UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>TRAVIS FRASER<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:14-MJ-00377-DUTY<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defense__, IT IS ORDERED that a detention hearing is set for __Thursday, 09/11/2014__, _____, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __SHERI PYM, MAGISTRATE JUDGE__, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __09/10/2014__         SHERI PYM,
                              U.S. District Judge/Magistrate Judge